UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON CONTROLS, INC., <br><br> Plaintiff, <br> v. <br><br> YANKEE TECHNOLOGY, INC., <br> STEPHEN TESTA, <br> and STANLEY P. RYCZEK, <br><br> Defendants. | 05-30144-MAP <br> Civil Action No. <br><br> FILING FEE PAID: <br> RECEIPT # 305975 <br> AMOUNT $ 50.00 <br> BY DPTY CLK _____ <br> DATE 6/21/05 |

### EX PARTE MOTION TO ADMIT JOHN S. LORD, JR. *PRO HAC VICE*

The plaintiff, Johnson Controls, Inc. ("JCI"), through its counsel, Christopher Novello, Esq. hereby moves this court, in accordance with Local Rule 83.5.3(b), for an *ex parte* order allowing John S. Lord, Jr. of Foley & Lardner LLP., 111 North Orange Avenue, Suite 1800, Orlando, Florida, to be admitted *pro hac vice* for the purpose of appearing and practicing in the above-captioned matter. In support of this motion, JCI states as follows:

1. This is an employment-related action relating to the breach of non-competition/confidentiality agreements, interference with contractual and/or advantageous business relationships, misappropriation of trade secrets and confidential information, and unfair trade practices.

2. Attorney Lord specializes in the area of labor and employment law, and possesses knowledge that will assist in the representation of JCI in this matter.

3. In accordance with LR 83.5.3(b), the affidavit of Attorney John Lord, Jr., stating: (A) he is a member of the bar in good standing in every jurisdiction where he is admitted; (B)

027.162823.1

there are no disciplinary actions pending against him; and (C) he is familiar with the Local Rules of the United States District Court, District of Massachusetts, is attached hereto as Exhibit A.

4. Attorney Lord will remain associated with and will work with the undersigned counsel in this matter in connection with the representation of the plaintiff.

**WHEREFORE**, the plaintiff, Johnson Control, Inc., respectfully requests that the Court enter an *ex parte* order allowing John S. Lord, Jr. to appear and practice *pro hac vice* in the above-captioned matter.

> Respectfully submitted,
>
> JOHNSON CONTROL, INC.
>
> By its attorneys,
>
> _____
> Christopher Novello, BBO No.: 630906
> Heather C. Krauss, BBO No.: 644457
> John S. Lord, Jr., Esq.
> FOLEY & LARDNER LLP
> 111 Huntington Avenue
> Boston, MA 02199
> (617) 342-4000

Dated: June 20, 2005

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON CONTROLS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>YANKEE TECHNOLOGY, INC., )<br>STEPHEN TESTA, )<br>and STANLEY P. RYCZEK, )<br>)<br>Defendants. )<br>) | Civil Action<br>No. |

### AFFIDAVIT OF JOHN S. LORD, JR. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John S. Lord, Jr., hereby certify as follows:

1. I am a partner in the law firm of Foley & Lardner LLP, 111 North Orange Avenue, Suite 1800, Orlando, FL, 32801 telephone (407) 423-7656. I make this affidavit in support of the Motion for Admission *Pro Hac Vice* to this Court pursuant to Local Rule 83.5.3(b).

2. I have been admitted to practice law in the following courts (year of admission is indicated in parentheses):

   Florida State Bar (September 1994)
   United States District Court for the Middle District of Florida (November 1994)
   United States District Court for the Southern District of Florida (April 2000)
   United States District Court for the Northern District of Florida (April 2000)
   United States District Court for the Eastern District of Michigan
   11th Circuit Court of Appeals (1996)

3. I am an active member in good standing to practice before all courts for which I have been admitted to practice.

027.162830.1

4. I am not currently suspended or disbarred in any other court and have never been disciplined by any court or administrative body.

5. There are no grievance procedures pending against me.

6. I have been requested to assist in the representation of the Plaintiff, Johnson Controls, Inc. in this matter involving employment litigation. Given my experience in litigating such claims and my familiarity with the facts and issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and facilitate the efficient litigation of this matter.

7. I am familiar with and agree to abide by the local rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury this 17th day of June, 2005.

_____
John S. Lord, Jr.