UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON CONTROLS, INC., <br><br> Plaintiff, <br> v. <br><br> YANKEE TECHNOLOGY, INC., <br> STEPHEN TESTA, <br> and STANLEY P. RYCZEK, <br><br> Defendants. | Civil Action No. <br><br> 05-30144-MAP |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and LR 7.3, the plaintiff, Johnson Controls, Inc. ("JCI"), submits the following corporate disclosure statement:

At the present time, JCI has no parent corporation and no publicly held company owns 10% or more of its stock. If necessary, JCI will supplement this statement in accordance with the applicable rules.

Respectfully submitted,

JOHNSON CONTROLS, INC.

By its attorneys,

Christopher Novello, BBO No.: 630906
Heather C. Krauss, BBO No.: 644457
John S. Lord, Jr., Esq.
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: June 20, 2005