UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON CONTROLS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>YANKEE TECHNOLOGY, INC., )<br>STEPHEN TESTA, )<br>and STANLEY P. RYCZEK, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-30144-MAP |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John S. Lord, Jr. hereby enters his appearance as counsel for Plaintiff, Johnson Controls, Inc., in the above-captioned matter.

Respectfully submitted,

JOHNSON CONTROLS, INC.

By its attorneys,

_____
Christopher Novello, BBO No.: 630906
Heather C. Krauss, BBO No.: 644457
John S. Lord, Jr. (*Admitted Pro Hac Vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: June 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the attached Notice of Appearance to be served by first class mail, postage prepaid upon the following:

Yankee Technology, Inc.
280 Moody Street
Ludlow, MA 01056

Stephen Testa
72 Harrington Road
Broad Brook, CT 06016

Stanley P. Ryczek
111 Fox Run Drive
Ludlow, MA 01056

Christopher Novello, Esq.

XXX.XXXXXX.XA