UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHNSON CONTROLS, INC., )
)
Plaintiff, )
)
v. ) CIVIL ACTION
) NO. 05-30144-MAP
YANKEE TECHNOLOGY, INC., STEPHEN TESTA, )
and STANLEY P. RYCZEK )
)
Defendants. )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Defendants, Yankee Technology, Inc., Stephen Testa and Stanley P. Ryczek in the above-captioned matter.

YANKEE TECHNOLOGY, INC.,
STEPHEN TESTA and STANLEY P.
RYCZEK
By their Attorney,

Date: 6/28/5

Patrick J. Sullivan, Esq. BBO# 548752
HEAFITZ & SULLIVAN, LLP
56 Chestnut Hill Avenue
Boston, MA 02135
(617)562-1000

## CERTIFICATE OF SERVICE

I, Patrick J. Sullivan, hereby certify that on 28 day of June, 2005, I served a copy of:

**Notice of Appearance of Yankee Technology, Stephen Testa and Stanley P. Ryczek** via first class mail, postage prepaid, upon:

>Christopher Novello, Esq.
>Foley & Lardner LLP
>111 Huntington Ave.
>Boston, MA 02119

_____
Patrick J. Sullivan